IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JASON VOTROBEK, | ) | |
| Reg. No. 62966-019, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. |
| v. | ) | 2:20cv823-RAH-CSC |
| | ) | (WO) |
| DEMETRIUS SANDERS, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On November 5, 2020, the Magistrate Judge entered a Recommendation (Doc. 7) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 7) is ADOPTED;

2. The Plaintiff's complaint against Defendant BOP is DISMISSED without prejudice in accordance with the provisions of 28 U.S.C. § 1915A(e)(2)(B)(ii);

3. Defendant BOP is DISMISSED as a party; and

4. This case against remaining Defendants is referred back to the Magistrate Judge for further proceedings.

DONE, on this the 13th day of May, 2021.

/s/ R. Austin Huffaker , Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE