IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON VOTROBEK, ) | |
| Reg. No. 62966-019, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 2:20cv823-RAH-CSC |
| DEMETRIUS SANDERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiff, a federal inmate, filed a motion for preliminary injunction seeking placement in home confinement. Doc. 1 at 1, 68. On July 29, 2021, the Magistrate Judge filed a Recommendation that Plaintiff's motion for preliminary injunction be denied. Doc. 29. No timely objections have been filed. Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. 29) is ADOPTED; and

2. The motion for preliminary injunction (Doc. 1 at 1, 68) is DENIED.

It is further ORDERED that this case is referred back to the Magistrate Judge for further proceedings.

DONE, on this the 1st day of September, 2021.

                                                    /s/ R. Austin Huffaker, Jr.
                                                  R. AUSTIN HUFFAKER, JR.
                                                  UNITED STATES DISTRICT JUDGE