IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON VOTROBEK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No 2:20-cv-823-RAH-CSC |
| | ) |
| DEMETRIUS SANDERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On February 9, 2024, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 37.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby ORDERED that the Recommendation is ADOPTED, and this case is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE, on this the 5th day of March 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE